23 CR 60196

I, Robert Mondragon, after consulting with my lawyer, understand and waive my right to a trial by a 12-person Jury, and hereby agree to have my case decided by This Court in a bench trial.

_____
Robert Mondragon

3/28/24