UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   23-60196-CR-DIMITROULEAS

UNITED STATES OF AMERICA,
    Plaintiff,
v.

ROBERT MONDRAGON,
    Defendant.
_____/

## DEFENDANT'S EXHIBIT LIST FOR BENCH TRIAL

The Defendant, Robert Mondragon, through undersigned counsel, files this Defense Exhibit List for exhibits the Defendant will seek to introduce during the bench trial in this matter:

    Defense Exhibit A: ATF Open Letter to Federal Firearms Licensees
    Defense Exhibit B: Eleventh Circuit Pattern jury instructions for 18 U.S.C. § 922(a)(6) and 18 U.S.C. § 924(a)(1)(A)

WHEREFORE, the Defendant files this exhibit list in anticipation of seeking entry into evidence of the listed exhibits during the trial in this matter.

    Respectfully submitted,

    HECTOR DOPICO
    INTERIM FEDERAL PUBLIC DEFENDER

By:   s/ *Jan C. Smith, II*
    Assistant Federal Public Defender
    Florida Bar No. 0117341
    One East Broward Boulevard, Suite 1100
    Fort Lauderdale, Florida 33301-1842
    Tel: 954-356-7436
    Fax: 954-356-7556
    E-Mail: Jan_Smith@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on April 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ *Jan C. Smith, II* AFPD

3