UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-60196-DIMITROULEAS

UNITED STATES OF AMERICA

v.

**ROBERT ZILDIJIAN MONDRAGON,**

**Defendant.**
_____/

## VERDICT

The court find as follows as to the charges against Defendant Robert Zildjian Mondragon

1. As to Count 1, False Statement to Firearms Dealer

    __✓__ GUILTY

    ____ NOT GUILTY

2. As to Count 2, Penalties For Firearms

    __✓__ GUILTY

    ____ NOT GUILTY

3. As to Count 3, Possession of a Firearm by a Convicted Felon

    __✓__ GUILTY

    ____ NOT GUILTY

SO ORDERED this __9__ day of April 2024.

_____
HONORABLE JUDGE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

1