UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-60196

USA

    Plaintiff(s),

vs.

Robert Zildjian Mondragon

    Defendant(s).
_____/

FILED BY _DR_ D.C.
Apr 18, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Lauderdale

**RELEASE OF EXHIBITS**

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
Item Nos. _____

☐ Oversize records (larger than 10" x 12" x 15")
Item Nos. _____

☐ Stored by Records Section in: ☐ Miami ☐ FTL ☐ WPB

☑ Other (Explain): Government's Paper Exhibits

☐ Attachments
(Exhibit list, Order of Court)

Signature: *Patrick Smith*
Print Name: PATRICK SMITH
Agency or Firm: US ATTORNEY
Address: 500 E. BROWARD BLVD, #700
FT LAUDERDALE, FL 33394
Telephone: 954 660 5144
Date: 4/18/24

Exhibits Released by:
Dimas Rodriguez
(Deputy Clerk)

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record