# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: **23-60196-CR-DIMITROULEAS**

**UNITED STATES OF AMERICA**

Plaintiff

v.

**ROBERT ZILDJIAN MONDRAGON,**

Defendant

## EXHIBIT AND WITNESS LIST

| PRESIDING JUDGE<br>William P. Dimitrouleas | | PLAINTIFF'S ATTORNEY<br>Anita G. White | | | DEFENDANT'S ATTORNEY<br>Jan Smith |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>July 12, 2024 | | COURT REPORTER | | | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS*AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Text Messages 3/2019-6/2022 |
| 2 | | | | | Text Message 12/1/2018 |
| 3 | | | | | Rifle and Magazine |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.